217

No. 67465.—Elmay Importing Co., Inc., et al. *v.* United States, protests 62/1084, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.

No. 67466.—W. C. Sullivan & Company *v.* United States, protests 326013–K/9348, etc. (Chicago).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of hydraulic veneering presses similar in all material respects to those the subject of *W. C. Sullivan & Company* v. *United States* (46 Cust. Ct. 31, C.D. 2229), the claim of the plaintiff was sustained.

No. 67467.—Julius Feist *v.* United States, protests 61/1688, 61/1689, and 61/1690 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of map measures similar in all material respects to those the subject of *Kaufman & Vinson Co.* v. *United States* (44 Cust. Ct. 238, C.D. 2180), the claim of the plaintiff was sustained.